B3B (Official Form 3B) (11/11) -- Cont.

# United States Bankruptcy Court
## NORTHERN District of ILLINOIS

In re: KESUL, AMY & WAYNE
Debtor(s)

Case No. 13-83175

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

- $76.50 on or before 10-9-13
- $76.50 on or before 11-8-13
- $76.50 on or before 12-9-13
- $76.50 on or before 1-10-14

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: SEP 24 2013

BY THE COURT: _____
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

RE:   Wayne L. Kesul
      Amy A Kesul
      Case No. 13-83175


      I certify that on September 24, 2013 I caused a copy of the attached **Order On Debtors' Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed via the Court's electronic notification system or via First Class Mail(\*\*):

Wayne L Kesul\*\*
Amy A Kesul\*\*
5400 Avalon Lane
Lake In The Hills, IL 60156

Timothy Brown
Law Office of Timothy Brown
1520 Carlemont Drive, Suite M
Crystal Lake, IL 60014

Stephen G Balsley
Barrick, Switzer, Long, Balsley, etal
6833 Stalter Drive
Rockford, IL 61108

Patrick S. Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715


                                                **Mimi Kuczyński, Courtroom Deputy**